JOHN S. CRUMB AND ANNA CRUMB, HIS WIFE v. BLACK
AND DECKER (U.S.), INC.

June 12, 1986.

This matter having been duly considered and the Court having determined that certification was improvidently granted; see 102 *N.J.* 386;

It is ORDERED that the within appeal be and hereby is dismissed. (See 204 *N.J.Super.* 521)

Chief Justice WILENTZ and Justices CLIFFORD, HANDLER, POLLOCK and STEIN join in this order.

Justices O'HERN and GARIBALDI would remand the matter for retrial on all issues.

LOCAL NO. 153, OFFICE AND PROFESSIONAL EMPLOYEES
INTERNATIONAL UNION, AFL–CIO v. THE TRUST
COMPANY OF NEW JERSEY.

June 17, 1986.

Petition for certification granted.

STATE OF NEW JERSEY v. JAMES BOATWRIGHT.

June 17, 1986.

Petition for certification denied.